UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

JAMES ALLEN BULLOCK,

Plaintiff,

v.

CONSTANCE REESE, TODD MILLER,
PAUL LIND, JERMEY ANDRIST,
DR. DAVID EDWARDY, and
DEVIN NAGLE,

Defendants.

---

Civil No. 01-1578 (DWF/AJB)

**ORDER**

THIS MATTER is before the undersigned United States Magistrate Judge on Plaintiff's pro se "Application To Proceed Without Prepayment of Fees" (Docket No. 3), by which he is seeking leave to proceed in forma pauperis ("IFP"), as permitted by 28 U.S.C. § 1915(a)(1). Although the Court finds that Plaintiff is financially eligible for IFP status, his IFP application will not be granted at this time. Instead, for the reasons discussed below, the Court will require Plaintiff to file an amended complaint. If Plaintiff files an amended complaint in accordance with this order, his IFP application will then be reconsidered.

Plaintiff commenced this action on August 28, 2001, by filing a document that appeared to be a self-styled civil complaint. (Docket No. 1.) That document was accompanied by Plaintiff's previously mentioned IFP application, and also by a stack of miscellaneous papers, (Docket No. 2), which bear no caption or title, and serve no identified purpose. Two days later, August 30, 2001, Plaintiff filed a document entitled "Complaint For Violation Of Civil Rights Under 42 U.S.C. § 1983." (Docket No. 4.) On the

FILED SEP 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

same day, he also filed a four-page handwritten document entitled "Amend," which appears to be yet another pleading. (Docket No. 5.)

Thus, it appears that Plaintiff has filed three separate pleadings in this matter. The Court cannot tell which of those pleadings is supposed to be Plaintiff's true complaint. Furthermore, none of those pleadings satisfies the basic requirements of a proper civil complaint. Therefore, the Court will order that all three of Plaintiff's current pleadings, (Docket Nos. 1, 4 and 5), be stricken, and that Plaintiff must file an amended pleading within 20 days. Plaintiff's amended complaint must meet all of the following pleading requirements:

1. The amended complaint must be submitted on the complaint form prescribed for use in this district, (see Local Rule 9.3), and must be clearly labeled "Amended Complaint."

2. The Amended Complaint must be an entirely new pleading; it must not make any reference to any of Plaintiff's prior pleadings in this matter, as they will be stricken.

3. Plaintiff must make every reasonable effort to ensure that his Amended Complaint is succinct and easily readable.

4. The allegations of Plaintiff's Amended Complaint must be stated in separate numbered paragraphs, (as required by Fed. R. Civ. P. 10(b)), preferably limiting each numbered paragraph to a single sentence.

5. Plaintiff's Amended Complaint must provide a concise summary of the facts on which his claim is based, describing how each individual defendant is personally involved,

including dates, places and specific wrongful acts or omissions of each defendant.[1]

6. Plaintiff's Amended Complaint must clearly identify the constitutional or other legal basis for each of his claims against each named Defendant.

7. Plaintiff's Amended Complaint must allege facts showing that he has fully exhausted all available administrative remedies for each individual claim that he seeks to bring into federal court.[2]

If Plaintiff chooses to file an Amended Complaint, he must do so within twenty (20) days after the date of this order. If he files an Amended Complaint that does not fully comply with all of the foregoing instructions, it shall be subject to summary dismissal, without further leave to amend, pursuant to 28 U.S.C. § 1915A. If he does not file an Amended Complaint within the time allowed by this order, it will be recommended that the

---

[1] While Plaintiff need not – indeed should not – attempt to plead all the evidence and legal arguments on which his claims are based, he must plead the essential historical facts giving rise to his claims. In particular, he must describe what each individual defendant allegedly did (or failed to do) that would cause that defendant to be liable to Plaintiff. Each Defendant must be able to readily understand, from reading the Amended Complaint, what specific actions he or she personally performed that have caused him or her to be sued.

[2] The federal Bureau of Prisons provides a comprehensive administrative remedy procedure for federal inmates with grievances relating to the conditions of their confinement. The Code of Federal Regulations, ("C.F.R."), prescribes a four-step administrative process for resolving complaints brought by federal prisoners: (1) the inmate must present his claim informally to an appropriate prison staff member; (2) if the claim is not resolved informally to the inmate's satisfaction, he must then present a formal written Request for Administrative Remedy; (3) if the prisoner is not satisfied with the warden's response to that request, he must appeal to the Regional Director; and (4) if the prisoner is still dissatisfied, he must take a final appeal to the General Counsel in the Central Office in order to fully exhaust his administrative remedies. 28 C.F.R. §§ 542.10-.16. Plaintiff's complaint must include factual allegations showing that each one of his claims has been properly raised and decided at each step of the Bureau of Prisons' administrative remedy process.

action be dismissed without prejudice for lack of prosecution. See Fed. R. Civ. P. 41(b).

Finally, Plaintiff must submit one extra copy of his Amended Complaint, and one properly completed marshal service form, (USM-285),[3] for each Defendant to be served in the event that IFP status is granted in this matter.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees, (Docket No. 2), will not be granted at this time;

2. Plaintiff's three previously filed pleadings, (Docket Nos. 1, 4 and 5), are stricken from the record;

3. Plaintiff shall be permitted to file an Amended Complaint, which must comply with the specific requirements listed above, within twenty (20) days after the date of this order, failing which it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b); and

4. Plaintiff must submit one extra copy of his Amended Complaint, and one properly completed marshal service form, (USM-285), for each Defendant to be served.

Dated: September 14th, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge

---

[3] Marshal service forms are available from the Clerk's office upon request.

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500