**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

James Allen Bullock,

Plaintiff,

v.

Constance Reese, et al.,

Defendants.

Civil No. 01-1578 MJD/AJB

**ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME**

This matter is before the Court on plaintiff's request for additional time. Plaintiff has submitted a document which the Court has construed to be a civil complaint, along with various miscellaneous papers. By Order dated September 14, 2001, plaintiff was given twenty (20) days in which to file an Amended Complaint which complied with specific requirements as stated in the Order. Plaintiff now requests additional time, presumably to prepare an amended complaint, but he does not indicate the amount of additional time he seeks.

Based upon the Court's review of the file, including plaintiff's previous submissions **IT IS HEREBY ORDERED THAT** plaintiff's request for additional time is **granted** [Docket No. 18]. Plaintiff shall have until October 31, 2001, in which to file an amended complaint, along with necessary copies and a completed service form (USM-285), in compliance with the requirements set forth in the Court's previous Order dated September 14, 2001. Failure to submit the amended complaint and related documents by October 31, 2001, will result in a recommendation that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: October 12, 2001

Arthur J. Boylan
United States Magistrate Judge

FILED OCT 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______