**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

James Allen Bullock,

Plaintiff,

v.

Constance Reese, et al.,

Defendants.

Civil No. 01-1578 DWF/AJB

**ORDER ON MOTION FOR LIENS**

This matter is before the Court on plaintiff's motion requesting that a lien be placed on all defendants, including banker's lien, mortgage lien, intangible lien, charging lien, and secret lien [Docket No. 6]. Plaintiff further asks that the money be paid into an escrow account to ensure defendants' ability to pay him. This motion for liens was filed contemporaneous with filing of the complaint and various exhibits. The matter is currently pending District Court review of the Magistrate Judge's report and recommendation for summary dismissal. Plaintiff fails to cite any authority to support placement of liens on defendant in this matter, provides no direction with respect to specific assets which might be subject to liens, and offers no evidence or argument indicating that defendants would be likely to fail or refuse to satisfy a lawfully obtained judgment. This motion for liens is frivolous and without merit.

Therefore, **IT IS HEREBY ORDERED** that plaintiffs Motion to the Court to place liens on all defendants is **denied** [Docket No. 6].

Dated 11/28/01

Arthur J. Boylan
United States Magistrate Judge

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK