# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Allen Bullock

Case No. Civil 01-1578 DWF/AJB

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Constance C. Reese, Lt Todd D. Miller
Officer Jermey Andrist Offier paul Ling,
David Edwardy and Lt. Devin Nagle

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. This action is summarily dismissed. Plaintiff is required to pay the unpaid balance of the court filing fee namely $75.00. This action is dismissed on the grounds that it is frivolous, malicious or fails to state a claim on which relief may be granted.

DATE: November 30, 2001

RICHARD D. SLETTEN, CLERK

______________________________
Victoria Moralez, Deputy Clerk